IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES M. MITICH,**<br>　　　Plaintiff,<br><br>　　　v.<br><br>**LEHIGH VALLEY RESTAURANT GROUP, INC., ET AL.,**<br>　　　Defendants. | **CIVIL ACTION NO. 12-3825** |

## ORDER RE DEFENDANT'S MOTION TO DISMISS

**AND NOW**, this 12th day of December, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss (ECF Nos. 3 and 4) is **GRANTED in part**, with respect to Plaintiff's claims arising under state law and alleging violation of the Employee Retirement Income Security Act, as amended, 29 U.S.C. § 1001 et seq.;

2. Defendants' Motion to Dismiss is **DENIED in part**, with respect to Plaintiff's claim alleging violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA Claim");

3. If Plaintiff elects to proceed with his FCRA Claim, he must file an amended complaint within fourteen (14) days of this order.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/s/ Michael M. Baylson
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-3825 Mitch v Lehigh Valley Rest Grp, Inc\12cv3825.Order re Mot. to Dismiss.doc